

FILED

JAN 20 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR019-A |
| | ) | [21 U.S.C. 841(a)(1) |
| v. | ) | and 844(a)] |
| | ) | |
| DAVID REGGIO | ) | **INDICTMENT** |
| | ) | |

The Grand Jury charges:

### COUNT 1

That on or about the 17th day of May, 2005, in Geneva County, within the Middle District of Alabama, the defendant,

DAVID REGGIO,

did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

On or about the 17th day of May, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

DAVID REGGIO,

did knowingly and intentionally possess marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
LEURA GARRETT CANARY
United States Attorney

*[signature]*
A. CLARK MORRIS
Assistant United States Attorney