AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

David Reggio
17 Treasure Drive
Riverdale, GA

**WARRANT FOR ARREST**

Case  1:06cr19-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __DAVID REGGIO__
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

Possession with Intent to Distribute Methamphetamine (1ct)
Possession of Marijuana (1ct)

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 844(a)__

DEBRA P. HACKETT
Name of Issuing Officer

BY: _____
Signature of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

1/24/06 -Montgomery, AL
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |