IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

UNITED STATES OF AMERICA )
)
v )
)
David Riggio ) CR. NO. 1:06-cr-019-A
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __David Riggio__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL. Through to June 2006 trial term.

__2/8/06__
DATE

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT