| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 8, 2006 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 11:00 - 11:07 | |

√ ARRAIGNMENT ❏ CHANGE OF PLEA ❏ CONSENT PLEA
❏ RULE 44(c) HEARING ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:06cr19-WHA-SRW   **DEFENDANT NAME:** David Reggio
**AUSA:** Christopher Snyder   **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
**Interpreter present?** (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √Not Guilty
    ❏ Guilty as to:
        ❏ Count(s):
        ❏ Count(s):        ❏ dismissed on oral motion of USA
                ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ **CRIMINAL TERM:** 6/26/06         √ **WAIVER OF SPEEDY TRIAL** filed.
            **DISCOVERY DISCLOSURE DATE:  2/8/06**

❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
    ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
        ❏ Defendant requests time to secure new counsel

**\*\*Ms. Freeman states defendant's last name is incorrect on the indictment and should be spelled Riggio.**