IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 1:06-cr-019-A |
| | ) | |
| **DAVID REGGIO** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, David Reggio, in the above-styled case.

Dated this 14th day of February, 2006.

                                                           Respectfully submitted,

                                                           s/ Donnie W. Bethel
                                                           DONNIE W. BETHEL
                                                           Assistant Federal Defender
                                                           201 Monroe Street, Suite 407
                                                           Montgomery, Alabama 36104
                                                           Phone: (334) 834-2099
                                                           Fax: (334) 834-0353
                                                           E-mail:don_bethel@fd.org
                                                           IN Bar Code: 14773-49

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:06-cr-019-A** |
| | ) | |
| **DAVID REGGIO** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                          Respectfully submitted,

                                          s/ Donnie W. Bethel
                                          DONNIE W. BETHEL
                                          Assistant Federal Defender
                                          201 Monroe Street, Suite 407
                                          Montgomery, Alabama 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          E-mail:don_bethel@fd.org
                                          IN Bar Code: 14773-49