**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 1:06-cr-019-A |
| ) | |
| DAVID REGGIO ) | |

## MOTION FOR EXTENSION OF TIME

**COMES NOW** the Defendant, **DAVID REGGIO**, by undersigned counsel, Donnie W. Bethel, and moves this Court for an extension of time until March 2, 2006, to file a motion to suppress evidence in this case.

The Defendant's pretrial motions were due on Friday, February 24, 2006. After his trial in the case of the United States v. Marcus Alls concluded on the evening of the 24th, undersigned counsel reviewed the pretrial conference docket for Monday, February 27th, to be certain that any pretrial motions were filed for those cases. Undersigned counsel failed to realize at that time that he also had pretrial conferences scheduled for Tuesday, February 28, 2006, and that pretrial motions for those cases were also due to be filed by February 24, 2006. Undersigned counsel realized his mistake late on Monday, February 27, 2006.

**WHEREFORE**, the Defendant asks for an extension of time until March 2, 2006, to file a motion to suppress evidence in this case.

Dated this 28th day of February, 2006.

Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-cr-019-A |
| | ) | |
| **DAVID REGGIO** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49