| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 28, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 8:48 - 8:59 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:06cr19-WHA | **DEFENDANT(S)** David Reggio |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Donnie Bethel |
| | * | |
| | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
    Complete

☐ **PENDING MOTION STATUS:**
    Mr. Bethel states he has filed a motion to extend time to file pretrial motions. Government states they have no objections. Court will extend time to 3/2/06 by order. Mr. Bethel states that motion does not need to be heard until later as case may resolve in plea

☐ **PLEA STATUS:**
    Mr. Bethel does not expect trial
    Notice of intent to change plea to be filed no later than noon on June 14, 2006

☐ **TRIAL STATUS**
    Trial time - 1 day

☐ **REMARKS:**