IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 1:06cr019-WHA |
| ) | |
| DAVID REGGIO ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion for extension of time (Doc. # 13), filed February 28, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Defendant shall file all pretrial motions on or before March 2, 2006.

DONE, this 2nd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE