**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-cr-019-WHA |
| | ) | |
| DAVID REGGIO | ) | |

**MOTION TO SUPPRESS CONFESSION AND EVIDENCE**

**COMES NOW** the Defendant, **DAVID REGGIO**, by undersigned counsel, Donnie W. Bethel, and moves this Court to suppress the Defendant's confession and all evidence obtained as the fruit of that confession.

1. The Defendant's trial is set for June 26, 2006. The Defendant intends to enter into negotiations that may result in a plea agreement in this case. If a plea agreement is reached, the Defendant will move to withdraw his motion to suppress.

2. In order to give the Defendant and the United States ample time to negotiate a plea agreement, the Defendant requests that a suppression hearing be scheduled as late as possible prior to the trial date. If negotiations break down and the parties are unable to reach a plea agreement, the Defendant requests that he be allowed to supplement this motion with a legal brief prior to the hearing.

**WHEREFORE**, the Defendant moves this Court to suppress his confession and all the evidence obtained as the fruit of that confession.

Dated this 2nd day of March, 2006.

Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:06-cr-019-WHA** |
| | ) | |
| **DAVID REGGIO** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                              Respectfully submitted,

                              s/ Donnie W. Bethel
                              DONNIE W. BETHEL
                              Assistant Federal Defender
                              201 Monroe Street, Suite 407
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail:don_bethel@fd.org
                              IN Bar Code: 14773-49