IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-19-WHA |
| | ) | |
| DAVID REGGIO | ) | |

### MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody DAVID REGGIO, into the custody of Special Agents Doug Walters and/or Todd Mims, Drug Enforcement Administration, on March 22, 2006, through July 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Agents Doug Walters and/or Todd Mims to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this 21st day of March, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
CLARK MORRIS    ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-19-WHA |
| | ) | |
| DAVID REGGIO | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie W. Bethel, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov