IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-19-WHA |
| | ) | WO |
| DAVID REGGIO | ) | |

ORDER ON MOTION

Upon consideration of the government's motion for release of prisoner (Doc. # 18), filed March 21, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of DAVID REGGIO, to Special Agents Doug Walters and/or Todd Mims, Drug Enforcement Administration, on March 22, 2006, through July 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Agents Doug Walters and/or Todd Mims return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 21st day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE