**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-cr-019-WHA |
| | ) | |
| DAVID REGGIO | ) | |

**WITHDRAWAL OF MOTION TO SUPPRESS CONFESSION AND EVIDENCE**

**COMES NOW** the Defendant, **DAVID REGGIO**, by undersigned counsel, Donnie W. Bethel, and requests leave of this Honorable Court to withdraw his Motion to Suppress the Defendant's Confession and Evidence.

1. Defendant's trial is set for June 26, 2006.

2. Defendant and the Government have entered into negotiations that may result in a plea agreement in this case. As part of these negotiations Defendant has already begun cooperating with and been debriefed by Government agents. Pursuing his Motion to Suppress would be counterproductive to further negotiations between Defendant and the Government.

**WHEREFORE**, the Defendant requests leave of this Honorable Court to withdraw his Motion to Suppress the Defendant's Confession and Evidence.

Dated this 5nd day of May, 2006.

Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:06-cr-019-WHA** |
| | ) | |
| **DAVID REGGIO** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006,   I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                          Respectfully submitted,

                                          s/ Donnie W. Bethel
                                          DONNIE W. BETHEL
                                          Assistant Federal Defender
                                          201 Monroe Street, Suite 407
                                          Montgomery, Alabama 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          E-mail:don_bethel@fd.org
                                          IN Bar Code: 14773-49