IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr019-WHA |
| | ) | |
| DAVID REGGIO | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to withdraw the motion to suppress (Doc. # 21), filed May 5, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 5th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE