| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** June 2, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 2:59 - 3:01 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 1:06cr19-WHA        **DEFENDANT(S)** David Reggio

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond standing in for Clark Morris | * | Christine Freeman standing in for Donnie Bethel |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**
    None pending

☐ **PLEA STATUS:**
    Negotiations continuing - Probable Plea
    Notice of intent to change plea to be filed no later than noon on June 14, 2006

☐ **TRIAL STATUS**
    Trial - 1 day

☐ **REMARKS:**