| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: June 12, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:00 - 3:17 |
| | COURT REPORTER: Risa Entrekin |

❏ ARRAIGNMENT        √ CHANGE OF PLEA        ❏ CONSENT PLEA
❏ RULE 44(c) HEARING   ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:06cr19-WHA            **DEFENDANT NAME:** David Reggio
**AUSA:** Clark Morris                **DEFENDANT ATTORNEY:** Kevin Butler
**Type counsel** ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( √ ) standing in for: Donnie Bethel

**PTSO/USPO:** Dwayne Spurlock
**Interpreter present?** ( √ )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
**PLEA:**    ❏ Not Guilty
         √ Guilty as to:
            √ Count(s):     2   of the Indictment
            √ Count(s):  1      ❏ dismissed on oral motion of USA
                          √ to be dismissed at sentencing
√ Written plea agreement filed   ❏ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
❏ **CRIMINAL TERM:**        ❏ **WAIVER OF SPEEDY TRIAL** filed.
            **DISCOVERY DISCLOSURE DATE:**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____

**\*\*Mr. Butler states that all documents reflect defendant's last name incorrectly spelled as Reggio. Correct spelling of defendant's last name is Riggio. Government directed to file motion to amend/correct indictment to reflect correct spelling of defendant's last name.**