# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | September 7, 2006 | AT: | 10:34 a.m. |
| DATE COMPLETED: | September 7, 2006 | AT: | 10:44 a.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )    CR. No. 1:06cr019-WHA
                            )
DAVID REGGIO                )
                            )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| A. Clark Morris | Donnie W. Bethel |

COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy
Bob Pitcher, USPO
Lisa Harden, Law Clerk

## COURTROOM PROCEEDINGS

(X)   SENTENCING HEARING

Hearing commences.
Court clarifies correct spelling of Defendant's name as "Riggio" and not "Reggio" as appears on court documents.
Parties have reviewed the presentence report and have no objections.
Court orally GRANTS the Government's Motion for Reduction (Doc. #30).
Court adopts the factual statements contained in the presentence report.
Court hears AUSA on Motion for Downward Departure.
Court orally GRANTS the Motion for Downward Departure (Doc. #31).
Defendant addresses the court.
Mr. Bethel speaks on Defendant's behalf requesting a further reduction in the sentence.
Court agrees to sentence at bottom of guideline range.
Sentence is stated.
No objection to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right of appeal.
Defendant is remanded to the custody of the U. S. Marshal.
The Government moves to dismiss Count 2 of the Indictment.
Court orally GRANTS the motion, and Count 2 of the Indictment is DISMISSED.