IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. No.  1:06-cr-019-WHA |
| DAVID REGGIO | ) | |
| | ) | |

UNITED STATES' MOTION TO CORRECT TYPOGRAPHICAL ERROR
IN INDICTMENT TO CORRECT NAME OF DEFENDANT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to allow an amendment to spelling of a defendant's name in the indictment of the above-styled cause. As grounds for this motion, the government states as follows:

1. The indictment and Judgment in a Criminal Case Order filed herein list the defendant as "DAVID REGGIO".  This spelling is a typographical error, as the correct spelling is "DAVID RIGGIO".

2. The United States respectfully requests that this Honorable Court amend the indictment and all pleadings filed, to include but not limited to the 'Judgment in a Criminal Case' order to reflect the defendant's true name of "DAVID RIGGIO".

Respectfully submitted this the 11th day of September, 2006.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> s/A. Clark Morris
> A. CLARK MORRIS    ASB-1613-N77A
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334)223-7280   Fax: (334)223-7135
> E-mail: clark. morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. No. 1:06-cr-019-WHA |
| DAVID REGGIO | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Esquire,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/ A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: clark.morris@usdoj.gov