IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:06-cr-019-WHA |
| ) | |
| DAVID REGGIO ) | |

UNITED STATES' MOTION TO CORRECT TYPOGRAPHICAL ERROR
IN INDICTMENT TO CORRECT NAME OF DEFENDANT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to allow an amendment to spelling of a defendant's name in the indictment of the above-styled cause. As grounds for this motion, the government states as follows:

1. The indictment and Judgment in a Criminal Case Order filed herein list the defendant as "DAVID REGGIO". This spelling is a typographical error, as the correct spelling is "DAVID RIGGIO".

2. The United States respectfully requests that this Honorable Court amend the indictment and all pleadings filed, to include but not limited to the 'Judgment in a Criminal Case' order to reflect the defendant's true name of "DAVID RIGGIO".

Respectfully submitted this the 11th day of September, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS   ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: clark.morris@usdoj.gov

**MOTION GRANTED**

SO ORDERED
THIS 12th DAY OF Sept, 2006
_____
UNITED STATES DISTRICT JUDGE