AO 245C (Rev 9/03) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 6

DEFENDANT: DAVID RIGGIO*
CASE NUMBER: 1:06cr019-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

**78 months.**

[X] The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where Intensive Residential Drug Abuse Treatment is available.

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

[ ] at _____ [ ] a.m. [ ] p.m. on _____

[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before 2 p.m. on _____

[ ] as notified by the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on  2-14-07  to  FCI Edge, SC

a _____ with a certified copy of this judgment.

John J. LaManna, Warden
UNITED STATES MARSHAL

By  S. Holmes
DEPUTY UNITED STATES MARSHAL

Date: 2-12-07